1

2

3

4

5

6

7                    IN THE UNITED STATES DISTRICT COURT FOR THE

8                          EASTERN DISTRICT OF CALIFORNIA

9
    JACQUELINE SANDIFER,                )        1:11-cv-557 GSA
10                                       )
                      Plaintiff,         )
11                                       )
                                         )        ORDER DIRECTING CLERK TO CLOSE
12                                       )        THIS CASE
           vs.                           )
13                                       )
    MICHAEL J. ASTRUE,                   )
14                                       )
                                         )
15                    Defendant.         )
                                         )
16  _____ )

17

            Pursuant to the stipulation of dismissal filed on October 14, 2011 by both parties, this
18
    action is DISMISSED pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil
19
    Procedure.  The Clerk of the Court is directed to close this case.
20
           IT IS SO ORDERED.
21
        **Dated:**  __October 19, 2011__          _____/s/ **Gary S. Austin**_____
22                                                UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28
                                              1