IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JACQUELINE SANDIFER, | ) | 1:11-cv-557 GSA |
| Plaintiff, | ) | |
| | ) | ORDER DIRECTING CLERK TO CLOSE THIS CASE |
| vs. | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Defendant. | ) | |

Pursuant to the stipulation of dismissal filed on October 14, 2011 by both parties, this action is DISMISSED pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **October 19, 2011**                   **/s/ Gary S. Austin**
                                                                         UNITED STATES MAGISTRATE JUDGE

1